FILED

03/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0597

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0597

_____

U.S. BANK TRUST, N.A., as Trustee
for LSF9 Master Participation Trust,

      Plaintiff and Appellee,

  v.

NORMAN T. SOLID, CAROLE SOLLID,
a/k/a CAROLE M. SOLLID;

      Defendants and Appellants,

                                      O R D E R

BENEFICIAL FINANCIAL, INC., successor
by merger to BENEFICIAL MONTANA,
INC., d/b/a BENEFICIAL MORTGAGE CO.;
CALIBER HOME LOANS, INC., successor
by merger to THE CIT GROUP SLAES
FINANCING, INC.; ACCOUNTS MANAGEMENT
CORPORATION OF MONTANA, a Montana
Corporation; MONTANA DEPARTMENT
OF REVENUE,

      Defendants.

_____

Appellants Norman T. Solid and Carole Sollid a/k/a Carole M. Sollid were granted an extension of time to file and serve their opening brief on or before March 4, 2022. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than April 11, 2022. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to Appellants Norman T. Sollid and Carole Sollid and to all counsel of record.

                                      Electronically signed by:
                                      Mike McGrath
                                    Chief Justice, Montana Supreme Court
                                    March 11 2022